FILED
2019 Nov-21 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENTON & CENTENO, LLP, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:19-CV-01317-RDP |
| THOMAS M. CLARKE, et al., | } |
| Defendants. | } |

### FINAL JUDGMENT

This matter is before the court on the Motion for Default Judgment (Doc. # 11), filed by Plaintiff Benton & Centeno, LLP, on November 8, 2019, against Defendants Thomas M. Clarke and Ana M. Clarke. For the reasons discussed at the hearing and in the accompanying Memorandum Opinion, the Motion (Doc. # 11) is **GRANTED**.

Accordingly, final judgment is **ENTERED** in favor of Plaintiff and against Defendants, Thomas M. Clarke and Ana M. Clarke, in the total sum of $105,627.36.

**DONE** and **ORDERED** this November 21, 2019.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: Shirley A. Williams
DEPUTY CLERK